IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

GROVENOR HOUSE, L.L.C.,

        plaintiff,

v.

E.I. DU PONT DE NEMOURS AND
COMPANY,

        defendant.

_____/

# 09-21698

## CIV - COOKE

## MAGISTRATE BANDSTRA

FILED by \_\_\_\_ D.C.

JUN 1 9 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(b) and 1446(a), Defendant E. I. Du Pont de Nemours and Company ("DuPont"), removes the action of *Grovenor House, LLC v .E.I. Du Pont Nemours and Company*, Case No. 09-40728-CA30 (11th Jud. Cir. Miami-Dade, Fla.), a copy of which is attached as Exhibit "A," to this Court. In support of removal, DuPont states:

    1.    On May 29, 2009, Plaintiff Grovenor House, LLC served Defendant Du Pont with the complaint in this action. The action had been filed in the Circuit Court for the 11th Judicial Circuit, Miami-Dade County, Florida on or about May 22, 2009. The action is a product liability negligence action asserting claims for (a) breach of Fla. Stat. § 718.203 Statutory Warranty, (b) Negligent Misrepresentation, and (c) Breach of Express Warranty. Defendant has not yet filed a response to the Complaint.[1]

    2.    Removal to this Court is proper pursuant to 28 U.S.C. §1332(a)(1), diversity of citizenship subject matter jurisdiction. The Complaint alleges that "GROVENOR HOUSE, LLC is a foreign limited liability company." Complaint ¶2. The Complaint also alleges that

---

[1]    Plaintiff has granted an extension to July 13, 2009, for the Defendant to respond to the Complaint.

Defendant DuPont "is a corporation organized and existing under the laws of Delaware." It is undisputed that Grovenor House, LLC is not a Delaware company.[2] The parties are organized and existing under the laws of different States.   Accordingly, there is diversity of citizenship.

3.      While the Complaint alleges that damages are in excess of $15,000.00 (Complaint ¶ 1), it is similarly undisputed that damages are also estimated to be in excess of $75,000, the jurisdictional threshold amount for jurisdiction in this Court.   Plaintiff seeks damages in an amount to correct the "delaminating glass panels at the Grovenor House Condominium." Complaint ¶¶ 14, 20, 29. The damages are estimated to be in excess of $200,000.

4.      Accordingly, this Court has diversity subject matter jurisdiction over this action.

WHEREFORE, Defendant E.I. Du Pont de Nemours and Company remove this case to this Court for further adjudication.

Respectfully submitted:

Nelson C. Bellido
Florida Bar No.: 974048
Scott A. Burr
Florida Bar No.: 0099325
CONCEPCION SEXTON & MARTINEZ
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Telephone: (305) 444-6669
Facsimile: (305) 444-3665

*Counsel for the Defendant*

DATE:  June 19, 2009

---

[2]      The Plaintiff does not allege the State in which it is organized.  An inquiry with the Delaware Division of Corporations by Defendant revealed that Plaintiff was not organized in Delaware and is not a citizen of Delaware.

Concepción Sexton & Martinez, Attorneys at Law
355 Alhambra Circle Suite 1250 • Coral Gables, Florida 33134 • Tel. 305.444.6669 • Fax. 305.444.3665
www.cfclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I served        the foregoing document upon opposing counsel by first-class mail at the address below:

Steven B. Lesser, Esq.
Kenn W Goff, Esq.
Becker & Poliakoff, P.A.
3111 Stirling Road
Ft. Lauderdale, Florida 33312

_____
NELSON C. BELLIDO

Concepción Sexton & Martinez, Attorneys at Law
355 Alhambra Circle Suite 1250 • Coral Gables, Florida 33134 • Tel. 305.444.6669 • Fax. 305.444.3665
www.cfclaw.com

# EXHIBIT A

Concepción Sexton & Martinez, Attorneys at Law
355 Alhambra Circle Suite 1250 • Coral Gables, Florida 33134 • Tel. 305.444.6669 • Fax. 305.444.3665
www.cfclaw.com

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CASE NO. **09   407 2 8 CA 30**

GROVENOR HOUSE, L.L.C.,

      Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND
COMPANY

      Defendant

_____/

## S U M M O N S

THE STATE OF FLORIDA

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, First Request for Production, and First Sets of Interrogatories in this action on Defendant, **E.I. Du Pont De Nemours and Company,** by serving its registered agent:

> **CT Corporation System**
> **1200 South Pine Island Road**
> **Plantation, Florida 33324**

      Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, whose address is:

> Steven B. Lesser, Esquire
> Kenn W. Goff, Esquire
> Becker & Poliakoff, P.A.
> Emerald Lake Corporate Park
> 3111 Stirling Road
> Fort Lauderdale, FL 33312-6525

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the Complaint.

MAY 2 6 2009

DATED on _____, 2009.

HARVEY RUVIN
as Clerk of the Court

By: _____ DEBRA HENRY

As Deputy Clerk

FTL_DB: 1192913_1

2

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CASE NO.    09 - 4 0 7 2 8 CA 3 0

GROVENOR HOUSE, L.L.C.,

    Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND
COMPANY

    Defendant

_____/

### NON-RESIDENT COST BOND

    Plaintiff, GROVENOR HOUSE, L.L.C., having deposited ONE HUNDRED ($100.00)
DOLLARS with the Clerk of the Court as a surety, are held and firmly bound unto Defendant, E.I.
DU PONT DE NEMOURS AND COMPANY in the sum of $100.00 for payment of which we
bind ourselves, our heirs, personal representatives, our successors and assigns jointly and severally.

    The condition of this bond is that if Plaintiff shall pay all costs and charges that are adjudged
against Plaintiff in this action or if the Plaintiff prevails in this action, then this bond is void;
otherwise it remains in force.

    SIGNED AND SEALED this ___ day of May 2009

**BECKER & POLIAKOFF, P.A.**
*Attorneys for Plaintiff*
3111 Stirling Road
Ft. Lauderdale, Florida 33312
(954) 985-4141
(954) 985-4176 (Facsimile)

By: _____
    STEVEN B. LESSER
    Florida Bar No. 280038
    KENN W. GOFF
    Florida Bar No. 549460

APPROVED on the _____ day of _____ 2009

> HARVEY RUVIN
> As Clerk of the Court

. By_____
> As Deputy Clerk

WE HEREBY CERTIFY that a true copy of the foregoing was served on the Defendant, E.I. DU PONT DE NEMOURS AND COMPANY simultaneously with the Summons, Complaint, First Request for Production, and First Sets of Interrogatories.

By_____
> STEVEN B. LESSER
> Florida Bar No. 280038
> KENN W. GOFF
> Florida Bar No. 549460

FTL_DB: 1192945_1

2

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CASE NO.    09-40728 CA 30

GROVENOR HOUSE, L.L.C.,

    Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND
COMPANY

    Defendant

_____/

## COMPLAINT

Plaintiff, GROVENOR HOUSE, L.L.C., sues Defendant, E.I. DU PONT DE NEMOURS

AND COMPANY, and alleges the following matters:

### GENERAL ALLEGATIONS

1.    This is an action for damages in excess of $15,000.00, exclusive of interest and

costs.

2.    Plaintiff, GROVENOR HOUSE, L.L.C. is a foreign limited liability company

authorized to and transacting business in Florida.

3.    Defendant, E.I. DU PONT DE NEMOURS AND COMPANY ("DUPONT") is a

corporation organized and existing under the laws of Delaware. DUPONT is authorized to and is

transacting business in Florida.

4.    Venue is proper in Miami-Dade County, among other matters, because one or

more of the causes of action sued upon accrued in this judicial district, DUPONT has an office,

agents or other representatives in this judicial district, and the property involved in this litigation

is located in this judicial district.

5.      All conditions precedent to this action and the maintenance of this action have been met, performed, occurred, satisfied, waived or otherwise excused.

6.      GROVENOR HOUSE, L.L.C. is the Developer of the Grovenor House Condominium located in Coconut Grove, Florida.

7.      As part of its development of the Grovenor House Condominium, GROVENOR HOUSE, L.L.C. considered different entrance canopies to be constructed at the Grovenor House Condominium.

8.      DUPONT is a company that, among other matter, is involved with the design, manufacture, supply, and sales of a laminating material product known as SentryGlas® Plus interlayer, which GROVENOR HOUSE, L.L.C considered and ultimately used at the Grovenor House Condominium.

9.      Representatives of DUPONT, including Jeffrey D. Granato, a Global Architectural Marketing Director of DUPONT'S Glass Laminating Products Division in Wilmington, Delaware, David M. Rinehart, a Developmental Specialist – Design, from DUPONT'S Glass Laminating Solutions Division in Montgomery, Alabama, Antonella Arcari, the European Marketing Manager of DUPONT'S Glass Laminating Solutions Division in Geneva, Switzerland, and Nelson Navarro, a Sales & Marketing Representative of DUPONT'S Packaging & Industrial Polymers Division in Royal Palm Beach, Florida, all came to the Fontainebleau Hotel in Miami Beach, Florida in or about the summer / autumn of 2004 to meet with GROVENOR HOUSE, L.L.C. and others, and to discuss, among other matters, the use of DUPONT'S SentryGlas® Plus interlayer product.

10.     Among the matters discussed at this meeting was the use of DUPONT'S

LAW OFFICES
BECKER & POLIAKOFF, P.A. • 3111 STIRLING ROAD • FT. LAUDERDALE, FLORIDA 33312
TELEPHONE (954) 987-7550

SentryGlas® Plus interlayer product for the glass panels at the entrance canopy for the Grovenor Condominium. During this meeting, DUPONT represented to and assured GROVENOR HOUSE, L.L.C. that there would not be any problems with using the SentryGlas® Plus interlayer product for the entrance canopy glass at the Grovenor House Condominium, that the SentryGlas® Plus interlayer product was a quality product and would provide adequate long term performance, and that the SentryGlas® Plus system would work and properly perform when incorporated into the entrance canopy glass system

11. DUPONT further warranted and represented to GROVENOR HOUSE, L.L.C. through written material and other marketing documentation that the SentryGlas® Plus interlayer:

a. Is stiffer and tougher than PVB (polyvinyl butyral)

b. Is five times stronger and 100 times stiffer than traditional interlayer / conventional laminating materials.

c. Helps create glass that protects against bigger storms, larger impacts, and heavier loads

d. Is an excellent choice for facades that have open edges and minimal support

e. Is stiffer and tougher than conventional interlayers

f. Is extremely durable and resistant to clouding, even after years of exposure

g. That because of its superior rigidity and toughness, everything from sliding doors to minimally supported glass canopies can enjoy new design possibilities

12.     In reliance upon DUPONT'S representations, GROVENOR HOUSE, L.L.C. decided to use DUPONT'S SentryGlas® Plus interlayer product for the entrance canopy glass at the Grovenor House Condominium.

13.     Following the construction of the entry canopy at the Grovenor House Condominium using DUPONT'S interlayer SentryGlas® Plus product, the glass panels began to delaminate and failed to function as represented by DUPONT.

14.     DUPONT has been notified that the glass panels were delaminating. DUPONT performed an inspection and analysis of the delaminating glass panels at the Grovenor House Condominium.

15.     Subsequent to DUPONT furnishing the SentryGlas® Plus interlayer product for the glass canopy entrance at the Grovenor House Condominium, DUPONT has changed and modified its SentryGlas® Plus interlayer product to correct the delamination.

16.     GROVENOR HOUSE, L.L.C. has made demands upon DUPONT to resolve this and remedy the defective product, but DUPONT has failed and refused to do so.

### COUNT 1 – BREACH OF 718.203 STATUTORY WARRANTY

17.     Plaintiff re-alleges the allegations contained in paragraphs 1-16 of the Complaint as if fully set forth herein.

18.     Florida Statute § 718.203(2) provides, among other matters, that all suppliers (e.g. DUPONT) grant to the Developer (GROVENOR HOUSE, L.L.C.) an implied warranty of fitness as to the materials supplied.

19.     DUPONT breached this statutory implied warranty of fitness as the SentryGlas® Plus laminating material it supplied for the Grovenor House Condominium's entrance glass canopy system has failed and continues to fail.

20.    As a direct and proximate result of such failure and breach of statutory implied warranty of fitness, GROVENOR HOUSE, L.L.C. has been damaged in regard to amounts it has expended and will expend to correct the problems associated with the delaminating glass.

WHEREFORE, Plaintiff, GROVENOR HOUSE, L.L.C. demands that judgment be entered in its favor and against Defendant, E.I. DU PONT DE NEMOURS AND COMPANY for all damages, costs, interest, and such other relief as is necessary and proper.

## COUNT 2 – NEGLIGENT MISREPRESENTATION

21.    Plaintiff re-alleges the allegations contained in paragraphs 1-16 of the Complaint as if fully set forth herein.

22.    DUPONT made misrepresentations of material fact to GROVENOR HOUSE, L.L.C. that its SentryGlas® Plus interlayer product would adequately and properly function and work in the entrance canopy glass panels for the Grovenor House Condominium (and as further alleged in paragraphs 10-11).

23.    DUPONT was negligent in making these misrepresentations because DUPONT knew or should have known that such representations were false.

24.    DUPONT intended to induce GROVENOR HOUSE, L.L.C. to rely upon and GROVENOR HOUSE, L.L.C. did justifiably rely upon such representations in the use of the SentryGlas® Plus interlayer product that was incorporated into the entrance canopy at the Grovenor House Condominium.

25.    GROVENOR HOUSE, L.L.C. has been and will continue to be damaged as a direct and proximate result of acting, in justifiable reliance, on DUPONT's representations.

WHEREFORE, Plaintiff, GROVENOR HOUSE, L.L.C. demands that judgment be entered in its favor and against Defendant, E.I. DU PONT DE NEMOURS AND COMPANY for all damages, costs, interest, and such other relief as is necessary and proper.

## COUNT 3 – BREACH OF EXPRESS WARRANTY

26.     Plaintiffs re-allege the allegations contained in paragraphs 1-16 of the Complaint as if fully set forth herein.

27.     DUPONT also expressly warranted to GROVENOR HOUSE, L.L.C. that its SentryGlas® Plus interlayer laminating material would properly work and function in the glass canopy panels for the Grovenor House Condominium.

28.     DUPONT breached its express warranties as the SentryGlas® Plus interlayer laminating materials do not properly function in the glass canopy panels for the Grovenor House Condominium.

29.     As a direct and proximate result of such breach of express warranties, GROVENOR HOUSE, L.L.C. has been damaged in regard to amounts it has expended and will expend to correct the delaminating glass panels.

WHEREFORE, Plaintiff, GROVENOR HOUSE, L.L.C. demands that judgment be entered in its favor and against Defendant, E.I. DU PONT DE NEMOURS AND COMPANY for all damages, costs, interest, and such other relief as is necessary and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, GROVENOR HOUSE, L.L.C. demands a trial by jury of all issues so triable.

LAW OFFICES
BECKER & POLIAKOFF, P.A. • 3111 STIRLING ROAD • FT. LAUDERDALE, FLORIDA 33312
TELEPHONE (954) 987-7550

DATED this 22nd day of May 2009

**BECKER & POLIAKOFF, P.A.**
*Attorneys for Plaintiff*
3111 Stirling Road
Ft. Lauderdale, Florida 33312
Tel:   (954) 985-7550
Fax:   (954) 985-4176

By:_____
        STEVEN B. LESSER
        Florida Bar No. 280038
        KENN W. GOFF
        Florida Bar No. 549460

FTL_DB: 1193123_1

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

Grovenor House, LLC

**DEFENDANTS**

E.I. DuPont de Nemours Company

**(b)** County of Residence of First Listed Plaintiff   unknown
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   ~~Delaware~~

(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

FILED by  JDS  D.C.

JUN 19 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Kenn W. Goff, Esq.
Becker & Poliakoff, PA
3111 Stirling Road, Ft. Lauderdale, FL 33312/954-987-7550

Attorneys (If Known)

Nelson C. Bellido, Esq., Concepcion Sexton & Martinez 255 Alhambra Circle, Suite 1250, Coral Gables, FL / Tel: 305-444-6669

09-CV-21698 - Cooke/Bandstra

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE   HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
✓ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ✓ 5 | ✓ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☑ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization | | |
| | Employment | ☐ 550 Civil Rights | Application | | ☐ 950 Constitutionality of State |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien | | Statutes |
| | Other | | Detainee | | |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
✓ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO      b) Related Cases ☐ YES ☐ NO

JUDGE                          DOCKET NUMBER

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 USC Sec. 1441(b) and 1446(a) - Product liability claims

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**  + $75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD

DATE
June 19, 2009

FOR OFFICE USE ONLY

AMOUNT $350.00     RECEIPT # 100322006

06/19/09