IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21698-CIV-COOKE/BANDSTRA

GROVENOR HOUSE, L.L.C.,

       Plaintiff,

v.

E. I. DU PONT DE NEMOURS AND
COMPANY,
       Defendant,
_____/

## DEFENDANT DUPONT'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY ON COUNTS I, II, AND III OF THE COMPLAINT AND TO LIMITATION ON DAMAGES

Defendant E. I. du Pont de Nemours and Company, pursuant to Rule 56 of the Federal Rules of Civil Procedure and the S. D. Fla. Local Rule 7.5, moves this Court for the entry of Summary Judgment on Counts I, II, and III of the Complaint and to limitation on damages on the basis that there is no genuine issue as to any material fact and that DuPont is entitled to judgment as a matter of law.

In support of this Motion, Defendant DuPont submits its Statement of Undisputed Facts and a Memorandum of Law.

                                             Respectfully submitted:

                                             s/  Nelson C. Bellido
                                             Nelson C. Bellido
                                             Florida Bar No.: 974048
                                             Scott A. Burr
                                             Florida Bar No.: 0099325
                                             Gavin N.L. White
                                             Florida Bar. No.: 0537853
                                             CONCEPCION SEXTON & MARTINEZ
                                             355 Alhambra Circle, Suite 1250
                                             Coral Gables, Florida 33134
                                             Tel: (305) 444-6669/Fax: (305) 444-3665

                                             *Counsel for the Defendant*
DATE:  July 13, 2010                         *E. I. du Pont de Nemours and Company*

CASE NO. 09-21698-CIV-COOKE/BANDSTRA

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Scott A. Burr
Scott A. Burr
Florida Bar No.: 0099325

CASE NO. 09-21698-CIV-COOKE/BANDSTRA

**SERVICE LIST**
*Grovenor House, L.L.C. v. E. I. du Pont de Nemours and Co.*
Case No. 09-21698-CIV-COOKE/BANDSTRA
United States District Court, Southern District of Florida

Daniel L. Wallach
Steven B. Lesser
Perry M. Adair
Kenn W. Goff
Becker & Poliakoff, P.A.
3111 Stirling Road
Ft. Lauderdale, Florida 33312

**Counsel for Plaintiff**